**Order entered January 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01123-CR

### MICHAEL MARSENE WALKER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-23751-K**

## ORDER

The Court **GRANTS** appellant's December 30, 2013 motion to supplement the appellate record.

We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record, within **FIFTEEN (15) DAYS** from the date of this order, that contains State's Exhibit #1- Probation File.

We **ORDER** appellant to file the brief within **FORTY-FIVE (45) DAYS** from the date of this order.

We **ORDER** the Clerk of the Court to send a copy of this order to Gary FitzSimmons, Dallas County District Clerk.

/s/    LANA MYERS
        JUSTICE